In the Matter of GAETANO VACCARO, Respondent, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Appellants. [30 NYS3d 824]—

Order and judgment (one paper), Supreme Court, New York County (Manuel J. Mendez, J.), entered July 23, 2013, which, among other things, granted the petition to annul respondents' determination, dated September 6, 2012, to discontinue petitioner's probationary employment, declared that petitioner was a tenured teacher at the time of the discontinuance, and denied respondents' cross motion to dismiss the petition, unanimously reversed, on the law, without costs, the petition denied, the cross motion granted, and the proceeding brought pursuant to CPLR article 78 dismissed.

Petitioner failed to comply with the New York City Department of Education's Chancellor's Regulation Nos. C-205 (28) and (29), which govern the withdrawal of a resignation and the restoration to tenure. Case law from this Court and the Court of Appeals decided after the motion court ruled makes it clear that, contrary to petitioner's argument, the procedures set forth in the regulations must be strictly complied with; accordingly, petitioner did not regain his tenured status after he was rehired by respondents (see Matter of Springer v Board of Educ. of the City Sch. Dist. of the City of N.Y., 121 AD3d 473 [1st Dept 2014], affd 27 NY3d 102 [2016]; Matter of Brennan v City of New York, 123 AD3d 607 [1st Dept 2014]).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Saxe, Richter and Feinman, JJ.